

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00564-CV

Juan **GARZA**,
Appellant

v.

**GRUPO COMERCIO MUNDIAL, INC.**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVF000590 D1
Honorable Jose Antonio Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's July 22, 2019 order denying appellant Juan Garza's motion for new trial is REVERSED, and we REMAND this case for a new trial. We ORDER appellee to pay the costs of this appeal.

SIGNED September 23, 2020.

_____
Beth Watkins, Justice